**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BOBBY DEAN BALL, | ) | NO. SA CV 08-670-SVW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| A. HEDGPETH, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: May 6, 2009

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE